UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JODI ROY, individually, and FIRST DAKOTA NATIONAL BANK, as special administrator of the estate of Christopher Bryon Mark John Alberty, deceased,<br><br>      Plaintiffs,<br><br>vs.<br><br>LAKE COUNTY, SOUTH DAKOTA; ROGER HARTMAN, individually and in his capacity as the Lake County Sheriff; TIMOTHY WALBURG, individually and in his capacity as a Lake County employee; REBECCA FIEGEN, individually and in her capacity as a Lake County employee; CHARLES PULFORD, individually and in his capacity as a Lake County employee; and OTHER UNKNOWN PERSONS, individually and in their capacity as employees of Lake County, South Dakota,<br><br>      Defendants. | CIV. 12-4070-KES<br><br><br><br>JUDGMENT |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants, Lake County, South Dakota, Lake County Sheriff Roger Hartman, Lake County Chief Deputy Sheriff Timothy Walburg, Correctional Officer

Rebecca Fiegen, Correctional Officer Charles Pulford, and other unknown persons, and against plaintiffs, Jodi Roy and First Dakota National Bank.

Dated July 9, 2014.

>	BY THE COURT:
>
>	/s/ *Karen E. Schreier*
>	KAREN E. SCHREIER
>	UNITED STATES DISTRICT JUDGE